# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : |
| MIGUEL REGALDO JIMINEZ, et al. | : NO. 17-19-1 & 2 |

## ORDER

**AND NOW**, this ___19th__ day of January, 2018, upon consideration of Defendants Luis Paulino-Baez and Miguel Regaldo Jimenez's Motions to Suppress Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) (Docs. 45 and 46), the Government's Response in Opposition to Defendant[s'] Motion[s] to Suppress Evidence (Doc. 47), and the testimony and evidence presented during the October 11, 2017 and December 1, 2017 suppression hearings before the Honorable Petrese B. Tucker, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motions are **GRANTED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated January _19___, 2018.