# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 17-019-02

LUIS PAULINO BAEZ :

## ORDER

AND NOW, this 23rd day of July, 2018, upon consideration of the Government's Motion to Dismiss Indictment as to Defendant Luis Paulino Baez, it is hereby

ORDERED

that the motion is granted.

BY THE COURT:

The Honorable Petrese B. Tucker
United States District Judge